UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL VANDERVALL,<br><br>          Petitioner,<br><br>    v.<br><br>J. SOTO, Warden,<br><br>          Respondent. | Case No. CV 15-2919 ODW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: April 27, 2015

_____

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE